IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.             CASE NO. 4:04cr00239-05 JMM

LISA MICHELLE DUNAWAY
a/k/a Lisa Weatherford

## AMENDED JUDGMENT & COMMITMENT

The Judgment, entered in this case on June 22, 2007 (docket entry #479), is amended to correct a clerical error. Page 6 should include the forfeiture of all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements located at 6906 Arch Street, Little Rock, Arkansas 72206 and 7709 Woodhaven Drive, Little Rock, Arkansas 72209.

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office, the United States Marshals Office and the financial section of the Clerk's office.

IT IS SO ORDERED this 11th day of January, 2008.

UNITED STATES DISTRICT JUDGE